Matthew W. Claman, ASBA No. 8809164
Michael J. Parise, ASBA No. 7906044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-264-3311
Facsimile:  907-276-2631
Email:  clamanm@lanepowell.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| A-1 TIMBER CONSULTANTS, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> FRONTIER, INC., <br><br> Defendant/Counter-Plaintiff . | Case No. 3:10-cv-00260-JWS <br><br> **STIPULATION FOR** <br> **DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees.  In accordance with Fed. R. Civ. P. 41(a)(1)(A), such dismissal shall be effective upon filing of this stipulation and without further order of court.

LANE POWELL LLC
Attorneys for Plaintiff

February 18, 2011
Date

By  s/ Matthew W. Claman
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel: 907-264-3325
Fax: 907-276-2631
Email:  jamiesonb@lanepowell.com
ASBA No. 8411122

LAW OFFICE OF JILL WITTENBRADER, LLC
Attorney for Defendant

February 18, 2011
Date

By  /s/ Jill C. Wittenbrader (with consent)
323 Carolyn Street, Suite B1
Kodiak, Alaska 99615-6376
Tel: 907-486-1004
Fax: 907-486-1014
Email:  jillwitt@gmail.com
ASBA No. 9211109

I certify that on February 18, 2011, a copy of the foregoing were served by ECF on:

Jill Wittenbrader, jillwitt@gmail.com

 /s/ Matthew W. Claman